UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

KENNETH THOMPSON,

        Plaintiff,

Case No. 1:21-cv-683

v.

Honorable Paul L. Maloney

HEIDI WASHINGTON et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: May 24, 2023

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge