UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH THOMPSON #604059,

    Plaintiff,

v.

HEIDI WASHINGTON, et al.,

    Defendants.

_____/

Case No. 1:21-cv-683

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants filed a motion for summary judgment and Plaintiff filed a motion to stay summary judgment. The matters were referred to the Magistrate Judge, who issued a Report and Recommendation on April 4, 2024, recommending that this Court deny the motion to stay summary judgment and grant the motion for summary judgment. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 50) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDER** that the motion to stay summary judgment until after discovery (ECF No. 40) is DENIED.

**IT IS FURTHER ORDERED** that the motion for summary judgment (ECF No. 37) is GRANTED. Plaintiff's complaint is DISMISSED.

2

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated:  May 8, 2024                                                  /s/  Paul L. Maloney
                                                                                                           Paul L. Maloney
                                                                                                           United States District Judge