UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH THOMPSON #604059,

    Plaintiff,

v.

    Case No. 1:21-cv-683

    HONORABLE PAUL L. MALONEY

HEIDI WASHINGTON, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: May 8, 2024

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge